Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM  1

| | |
|---|---|
| Sorachi America, LLC <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | **S U M M O N S** <br><br> Court No. 25-00219 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 5301 | Center (if known): | CEE0009 |
|---|---|---|---|
| Protest Number: | 530124110050 | Date Protest Filed: | 10/15/2024 |
| Importer: | Sorachi America, LLC | Date Protest Denied: | 4/11/2025 |
| Category of Merchandise: | hardwood plywood | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 22446342572 | 1/23/2023 | 8/2/2024 | | | |
| 22446366001 | 8/7/2023 | 6/28/2024 | | | |
| 22446372322 | 9/28/2023 | 6/28/2024 | | | |
| | | | | | |

Gregory S. Menegaz
The Inter-Global Trade Law Group PLLC
1156 Fifteenth Street NW, Ste 1101
Washington, DC 20005
gmenegaz@igtlaw.com
202-868-0300

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | **Classification, Rate or Amount** | | | |
|---|---|---|---|---|
| | **Assessed** | | **Protest Claim** | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| hardwood plywood | A-552-006-000<br>C-552-007-000 | 183.36%<br>22.98% | no AD/CVD | 0% |

| **Other** |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| The issue which was common to all such denied protests: |
|---|
| CBP improperly changed these entries to type 03 and found that they were subject to AD/CVD duties under the Hardwood Plywood from China Orders and any addtional tariffs assessed by reason of CBP's change of origin to Chinese. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Gregory S. Menegaz
*Signature of Plaintiff's Attorney*

10/8/2025
*Date*